UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO.: 26-60092-CR-MOORE

VEN NGUYEN,

Defendant.
_______________________________/

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT**

COMES NOW the Defendant VEN NGUYEN by and through his undersigned counsel and moves this court to continue the August 14, 2026 arraignment in this matter until Friday, September 25, 2026 at 11:00 a.m. before the duty magistrate judge and in support thereof states as follows:

1. That on April 3, 2026, the defendant made his initial appearance in this district on the criminal complaint that had been filed (DE #3) after having been previously arrested in the Central District of California. (DE #11, 17) The defendant had been previously ordered detained by that district.

2. Currently this matter is set for arraignment for Friday, August 14, 2025 at 11:00 a.m. at the United States Courthouse in Ft. Lauderdale before the duty magistrate judge. (DE #57)

3. The parties have agreed that the arraignment in this case should be reset for Friday, September 25, 2026 at 11:00 a.m. before the duty magistrate judge in Ft. Lauderdale due to ongoing medical issues of the undersigned counsel.

4. The Defendant VEN NGUYEN hereby acknowledges and agrees that he

continues to waive his right to a speedy trial in this case and that the time from the date of the filing of this motion until the date next set by the court is excludable time under the Speedy Trial Act.

5. That pursuant to Local Rule 88.9 on August 10, 2026 the undersigned communicated with Assistant United States Attorney Michael Sartoian and on behalf of the government he stated that he has no objection to resetting this matter to Friday, September 25, 2026 at 11:00 a.m. before the duty magistrate judge as requested.

WHEREFORE the Defendant VEN NGUYEN respectfully requests that this matter be reset for Friday, September 25, 2026 at 11:00 a.m. before the duty magistrate judge for arraignment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 10th day of August 2026.

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant NGUYEN
9100 South Dadeland Boulevard
Suite #1500
Miami, Florida 33156
Tel.: (305) 670-1915
E-Mail: *HorowitzDefense@aol.com*

***/s/ Philip R. Horowitz***
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557